FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-24-0077

| | |
|---|---|
| The ESTATE OF JEREMY NORBY through LORILEE NORBY, as Personal Representative, *Plaintiff/Appellant,* vs. ORIN PETE COUNCIL, M.D., and O. PETE COUNCIL, M.D., P.C., *Defendants/Appellees.* | **ORDER GRANTING EXTENSION OF DEADLINE** |

Pursuant to Appellant's Second Unopposed Motion to Extend Deadline, and good cause appearing, IT IS HEREBY ORDERED that Appellant's Second Unopposed Motion to Extend Deadline is GRANTED.

Pursuant to Rule of Appellate Procedure 9(3)(b), the court reporter shall have an additional 2 weeks from May 9, 2024, in which to file the transcript on appeal, making the new deadline May 23, 2024.

All other deadlines as set forth in the March 21, 2024 Order Granting Extension of Deadlines remain.

1

SO ORDERED.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2024